# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/9/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 05-00746JMS-BMK

CASE NAME:       Everett W. James v. American Pacific University

ATTYS FOR PLA:   Paul Maki

ATTYS FOR DEFT:  Patrick K. Shea

INTERPRETER:

| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
|---|---|---|---|
| DATE:  | 1/9/2007 | TIME: | 9:30 - 9:45 |

COURT ACTION:  EP: Status Conference Re Settlement - case settled.  A stipulated injunction and dismissal of all other claims to be filed by 1/31/2007.  All dates vacated.

Notified: Dottie Miwa, Jury Clerk

Submitted by Richlyn W. Young, courtroom manager