PAUL MAKI        #1159
1100 Alakea Street, 23rd Floor
Honolulu, Hawaii  96813
Tel. No. (808) 545-1122
Fax       (808) 545-1711
E-mail: pmaki@makilaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EVERETT W. JAMES,<br><br>                    Plaintiff,<br><br>vs.<br><br>AMERICAN           PACIFIC UNIVERSITY,            THE EMPOWERMENT PARTNERSHIP,         LLC, ADVANCED           NEURO DYNAMICS, INC.,   MATTHEW B. JAMES, and SOOMI JAMES,<br><br>                    Defendants. | Civil No. 05-00746 JMS/BMK<br><br>STIPULATION FOR ENTRY OF PERMANENT INJUNCTION AND JUDGMENT; (PROPOSED) JUDGMENT AND PERMANENT INJUNCTION |

STIPULATION FOR ENTRY OF PERMANENT
INJUNCTION AND JUDGMENT

Plaintiff  EVERETT  W.  JAMES  and  defendants  AMERICAN

PACIFIC UNIVERSITY, THE EMPOWERMENT GROUP LLC, formerly


known as the Empowerment PARTNERSHIP, LLC, ADVANCED NEURO DYNAMICS, INC., MATTHEW B. JAMES, and SOOMI JAMES hereby stipulate to the following terms, and that the Court may enter a final Judgment and Permanent Injunction in favor of plaintiff and against defendants, in the proposed form attached hereto, without further notice or appearance by the parties, as follows:

1. Plaintiff alleges that:

   A. Plaintiff is the owner of the following trademarks

   TIME LINE THERAPY, Federal Registration Nos.1890438 and 1818198

   CREATING YOUR FUTURE, Federal Registration Nos. 2778363, 2778362 and 0986952

   THE SECRET OF CREATING YOUR FUTURE, Federal Registration Nos. 1780127, 1724378 and 2862394.

   B. Plaintiff has enforceable trademark rights in his name, voice and image.

   C. Plaintiff and the defendants are engaged in the same or related businesses.

   D. Defendants, without plaintiff's authorization or consent, have used the trademarks listed in subparagraphs A and B above.

E.  Defendants' use of the trademarks listed in subparagraphs A and B above, without plaintiff's consent, constitutes infringement of plaintiff's trademark rights.

2.  Without admitting or denying liability arising from the allegations set forth in paragraph 1 above, defendants hereby stipulate to the entry of the permanent injunction in the form attached hereto.

3.  Defendants irrevocably and fully waive notice of entry of the Judgment and Permanent Injunction, and understand and agree that violation of the Judgment and Permanent Injunction will expose defendants to all penalties provided by law, including for contempt of Court.

4.  Defendants irrevocably and fully waive any and all right to appeal the Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

5.  Defendants shall not make any public statements that are inconsistent with any term of this Stipulation to Judgment and Permanent Injunction.

5.  Defendants shall not make any public statements that are inconsistent with any term of this Stipulation to Judgment and Permanent Injunction.

6.  Defendants acknowledge that they have read this Stipulation to Judgment and Permanent Injunction, and the attached (Proposed) Judgment and Permanent Injunction, have had the opportunity to have them explained by counsel of their own choosing, fully understand them and agree to be bound thereby, and will not deny the truth or accuracy of any term or provision herein. Defendants warrant and represent that they have full authority and that there are no legal impediments to their execution and entry into this Stipulation to Judgment and Permanent Injunction.

7.  The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this final Judgment and Permanent Injunction.

_____
Everett W. James

_____   _____
Matthew B. James             Soomi James

6. Defendants acknowledge that they have read this Stipulation to Judgment and Permanent Injunction, and the attached (Proposed) Judgment and Permanent Injunction, have had the opportunity to have them explained by counsel of their own choosing, fully understand them and agree to be bound thereby, and will not deny the truth or accuracy of any term or provision herein. Defendants warrant and represent that they have full authority and that there are no legal impediments to their execution and entry into this Stipulation to Judgment and Permanent Injunction.

7. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this final Judgment and Permanent Injunction.

_____
Everett W. James

_____
Matthew B. James

_____
Soomi James

American Pacific University   LLC

By _[signature]_
Its Pres

The Empowerment Partnership,

By _[signature]_
Its Manager

Advanced Neuro Dynamics, Inc.

By _[signature]_
Its Owner


REVIEWED AND APPROVED:

_[signature]_
PAUL MAKI
Attorney for Plaintiff Everett W. James

_[signature]_
WILLIAM G. MEYER III
Attorney for Defendants

James v. American Pacific University, et al.,   Civil No. 05-00746 JMS/BMK, Stipulation for Entry of Permanent Injunction and Judgment

261276.3                              5